SMITH, J., not voting.

(100 App. Div. 240)

PEOPLE ex rel. BRAISTED v. McCOOEY et al.

(Supreme Court, Appellate Division, First Department.   January 6, 1905.)

1. CIVIL SERVICE APPOINTMENT—REVIEW—MANDAMUS.
     The determination of the Civil Service Commissioners in rating candidates in competitive examinations cannot be reviewed either on certiorari or by mandamus, in the absence of charges of bad faith or illegal action.

Appeal from Special Term, New York County.

Application in the name of the people of the state, on the relation of William G. Braisted, for a peremptory writ of mandamus to John H. McCooey and others, constituting the municipal civil service commission of the city of New York.   From an order granting the writ, defendants appeal.   Reversed.

Argued before VAN BRUNT, P. J., and HATCH, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

William B. Crowell, for appellants.
Louis J. Grant, for relator.

PER CURIAM.   Neither upon the facts nor the law was there warrant for the granting of a peremptory writ of mandamus.   In the absence of charges of bad faith or illegal action, we cannot review the determination of the civil service commissioners in rating candidates in competitive examinations, either by certiorari or by mandamus.   People ex rel. Allaire v. Knox, 62 App. Div. 29, 70 N. Y. Supp. 845, affirmed 168 N. Y. 642, 61 N. E. 1127.

The order appealed from must be reversed, with costs, and the motion denied.